AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>McNamara, Thomas B. | 2. Court or Organization<br><br>United States Bankruptcy Court for the District of Colorado | 3. Date of Report<br><br>03/05/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court for the District of Colorado
United States Custom House
721 19th Street
Denver, Colorado 80202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/05/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Faegre Baker Daniels LLP Income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McNamara, Thomas B. | 03/05/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Bank of Denver (Bank Account) | A | Int./Div. | L | T | | | | | |
| 2. Chase Bank (Bank Account)(1) | A | Int./Div. | K | T | | | | | |
| 3. Chase Bank (Bank Account)(2) | A | Int./Div. | K | T | | | | | |
| 4. Discover Bank (Bank Account (1)) | B | Int./Div. | M | T | | | | | |
| 5. Discover Bank (Bank Account (2)) | A | Int./Div. | K | T | | | | | |
| 6. Synchrony Bank | A | Int./Div. | K | T | | | | | |
| 7. Young Americans Bank (Bank Account (M)) | A | Int./Div. | J | T | | | | | |
| 8. Young Americans Bank (Bank Account (B)) | A | Int./Div. | J | T | | | | | |
| 9. Gold | | None | J | T | | | | | |
| 10. Silver | | None | J | T | | | | | |
| 11. U.S. Savings Bonds | | None | J | T | | | | | |
| 12. City and County of Denver General Obligation Bonds | | None | L | T | | | | | |
| 13. Merck & Co. Common Stock | A | Dividend | K | T | | | | | |
| 14. Powershares QQQ Trust Series 1 | A | Dividend | J | T | | | | | |
| 15. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 16. BP plc ADR F | A | Dividend | J | T | | | | | |
| 17. Exxon Mobil Corp. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Express Scripts Holdings Co. Common Stock | A | Dividend | | | Sold | 12/24/18 | J | B | |
| 19. Cigna Corp. | A | Dividend | J | T | Spinoff (from line 18) | 12/24/18 | J | | |
| 20. Putnam International Growth Fund Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 21. Global X MSCI ETF Colombia (1) Mutual Fund | A | Dividend | J | T | | | | | |
| 22. Global X Lithium Battery Tech. EFT LIT | A | Dividend | J | T | | | | | |
| 23. Charles Schwab Deposit Account | A | Int./Div. | J | T | | | | | |
| 24. Schwab International Index Fund (C) | A | Dividend | J | T | | | | | |
| 25. Schwab S&P 500 Index Fund (C) | A | Dividend | J | T | | | | | |
| 26. Schwab International Index Fund (M) | A | Dividend | J | T | | | | | |
| 27. Schwab S&P 500 Index Fund (M) | A | Dividend | J | T | | | | | |
| 28. Schwab International Index Fund (B) | A | Dividend | J | T | | | | | |
| 29. Schwab S&P 500 Index Fund (B) | A | Dividend | J | T | | | | | |
| 30. Cambiar Opportunity Portfolio Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 31. Castle Brands Corp. Common Stock | A | Dividend | J | T | | | | | |
| 32. Global X MSCI ETF Colombia (2) Mutual Fund | A | Dividend | J | T | | | | | |
| 33. Janus Global Research Fund D Mutual Fund | A | Dividend | J | T | | | | | |
| 34. Janus Contrarian Fund D Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard 500 Index Fund ADM Mutual Fund | D | Dividend | N | T | | | | | |
| 36. Vanguard REIT Index Fund ADM Mutual Fund | B | Dividend | K | T | | | | | |
| 37. Vanguard Energy ETF | A | Dividend | J | T | | | | | |
| 38. Vanguard IShares Exponential Technologies EFT | A | Dividend | K | T | | | | | |
| 39. Vanguard Money Market Fund (X) | A | Int./Div. | J | T | | | | | |
| 40. Vanguard IRA (C) Target Retirement 2060 Fund | A | Dividend | J | T | | | | | |
| 41. Vanguard IRA (B) Total International Stock Index Fund ETF | A | Dividend | J | T | | | | | |
| 42. Vanguard IRA (B) Energy ETF | A | Dividend | J | T | Buy | 09/24/18 | J | | |
| 43. Vanguard IRA (M) Target Retirement 2055 Fund | A | Dividend | J | T | | | | | |
| 44. Vanguard IRA Traditional (T) Total Stock Market Index ADM | B | Dividend | L | T | | | | | |
| 45. Vanguard IRA Roth (T) Total Stock Market Index | B | Dividend | M | T | | | | | |
| 46. Vanguard IRA Traditional (A) Total Stock Market Index ADM | B | Dividend | L | T | | | | | |
| 47. Vanguard IRA Roth (A) Total Stock Market Index | B | Dividend | M | T | | | | | |
| 48. Vanguard UGMA (C) Vanguard 500 Index Fund ADM | A | Dividend | K | T | | | | | |
| 49. Vanguard UGMA (M) Vanguard 500 Index Fund ADM | A | Dividend | L | T | | | | | |
| 50. Vanguard UGMA (B) Vanguard 500 Index Fund ADM | A | Dividend | L | T | | | | | |
| 51. Vanguard 529 Plan (C) Vanguard 500 Index Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard 529 Plan (M) Vanguard 500 Index Fund | | None | K | T | | | | | |
| 53. Vanguard 529 Plan (B) Vanguard 500 Index Fund | | None | K | T | | | | | |
| 54. College Invest 529 Plan (C) Aggressive Age-Based Conserv. Growth | | None | J | T | | | | | |
| 55. College Invest 529 Plan (C) Moderate Age-Based Option Income | | None | K | T | | | | | |
| 56. College Invest 529 Plan (C) Aggressive Growth Portfolio | | None | K | T | | | | | |
| 57. College Invest 529 Plan (C) Growth Portfolio | | None | K | T | | | | | |
| 58. College Invest 529 Plan (C) Bond Index Portfolio | | None | J | T | | | | | |
| 59. College Invest 529 Plan (M) Aggressive Age-Based Conserv. Growth | | None | K | T | | | | | |
| 60. College Invest 529 Plan (M) Moderate Age-Based Option Income | | None | K | T | | | | | |
| 61. College Invest 529 Plan (M) Aggressive Growth Portfolio | | None | L | T | | | | | |
| 62. College Invest 529 Plan (B) Aggressive Age-Based Moderate Growth | | None | K | T | | | | | |
| 63. College Invest 529 Plan (B) Moderate Age-Based Conserv. Growth | | None | L | T | | | | | |
| 64. College Invest 529 Plan (B) Aggressive Growth Portfolio | | None | L | T | | | | | |
| 65. College Invest 529 Plan (B) Bond Index Portfolio | | None | J | T | | | | | |
| 66. College Invest 529 Plan (B) Money Market Portfolio | | None | J | T | | | | | |
| 67. First Bank Roth IRA (M) CD | A | Dividend | J | T | Closed | 03/17/17 | J | A | |
| 68. Met Life GVUL Plan DWS International Mutual Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Met Life GVUL Fidelity Index 500 Fund | | None | J | T | | | | | |
| 70. Met Life GVUL Fidelity Contra Fund | | None | J | T | | | | | |
| 71. Select Account HSA Schwab Investor Money Fund | | None | J | T | Closed | 03/31/17 | J | A | |
| 72. Select Account HSA American Funds Income Fund RF | | None | J | T | Closed | 03/31/17 | J | A | |
| 73. Select Account HSA First Eagle Overseas Fund | | None | J | T | Closed | 03/31/17 | J | A | |
| 74. Select Account HSA Dreyfus S&P 500 Index | | None | J | T | Closed | 03/31/17 | J | A | |
| 75. FB Cash Balance Pension Plan Account | A | Int./Div. | J | T | | | | | |
| 76. FB 401K Vanguard Institutional Target Retirement 2015 Inc. Mutual Fund | A | Dividend | L | T | | | | | |
| 77. FB 401K Vanguard Institutional Target Retirement 2025 Inc. Mutual Fund | A | Dividend | M | T | | | | | |
| 78. FB 401K Vanguard Institutional Target Retirement 2035 Inc. Mutual Fund | A | Dividend | J | T | | | | | |
| 79. FB 401K Allianz GI NFJ Small-Cap Value Institutional Mutual Fund | A | Dividend | M | T | | | | | |
| 80. FB 401K Baron Small Cap Institutional Mutual Fund | A | Dividend | M | T | | | | | |
| 81. FB 401K American Funds Europacific Growth R6 Mutual Fund | A | Dividend | M | T | | | | | |
| 82. FB 401K Cohen & Steers Institutional Realty Shares Mutual Fund | A | Dividend | M | T | | | | | |
| 83. FB 401K DFA Global Real Estate Securities I Mutual Fund | A | Dividend | K | T | | | | | |
| 84. FB 401K Metropolitan West Total Return Bond Plan Mutual Fund | A | Dividend | L | T | | | | | |
| 85. FB 401K Vanguard Inflation-Protected Secs ADM Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/05/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FB 401K Wells Fargo Stable Value Fund C30 Mutual Fund | A | Dividend | M | T | | | | | |
| 87. FB 401K Goldman Sachs FS Government FST Mutual Fund | A | Dividend | K | T | | | | | |
| 88. TM Vanguard Roth IRA Brokerage Rollover Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 89. TM Vanguard Roth IRA Brokerage Rollover 500 Index Admiral CL | B | Dividend | M | T | | | | | |
| 90. TM Vanguard IRA Brokerage Rollover Total Bond Market Index Admiral CL | C | Dividend | M | T | | | | | |
| 91. TM Vanguard IRA Brokerage Rollover Emerging Markets Stock Index | B | Dividend | K | T | | | | | |
| 92. TM Vanguard IRA Brokerage Rollover REIT Index Admiral CL | B | Dividend | K | T | | | | | |
| 93. TM Vanguard IRA Brokerage Rollover Mid Cap Index Admiral CL | B | Dividend | M | T | | | | | |
| 94. TM Vanguard IRA Brokerage Rollover Small Cap Index Admiral CL | B | Dividend | M | T | | | | | |
| 95. TM Vanguard IRA Brokerage Rollover Total Int'l Bond Index Admiral CL | A | Dividend | L | T | | | | | |
| 96. TM Vanguard IRA Brokerage Rollover Total Int'l Stock Index Admiral CL | B | Dividend | L | T | | | | | |
| 97. TM Vanguard IRA Brokerage Rollover Total Stock Market Index Admiral CL | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McNamara, Thomas B. | 03/05/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This additional explanation relates to Part VII Investments and Trusts. As I prepared my 2018 Financial Discloure Report, I determined that 5 financial accounts had been closed in 2017. (See Line Nos. 67, 71, 72, 73, and 74.) Regretably, I did not note the closing of the accounts on my 2017 Financial Disclosure Report. So, while the closings occcured prior to the current 2018 reporting period, I have nevertheless included them on the 2018 Financial Disclosur Report. When I called the Administrative Office of the U.S. Courts concerning this issue, I ws instructed to list the proper dates of closing but also provide an explanation in this Part VIII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. McNamara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544